UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| EMMONIE BRANCH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3-14-1271 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| METROPOLITAN NASHVILLE and DAVIDSON COUNTY, et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 55) to grant Defendants' motion to dismiss (Docket Entry No. 53). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** Defendants' motion to dismiss (Docket Entry No. 53) is **GRANTED,** and this action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the ⁳/ˢᵗ day of August, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge